ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  1:25CR356 |
| Plaintiff, ) | |
| ) | Judge John R. Adams |
| v. ) | |
| ) | ORDER |
| ORLANDO CHAPPELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER modifying Defendant's Bond Conditions to remove Pretrial Supervision.

**IT IS SO ORDERED.**

Date: August 17, 2025        /s/ John R. Adams
                             **JOHN R. ADAMS**
                             **UNITED STATES DISTRICT JUDGE**